# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

TODD C. ENGEL,

        Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.,

        Defendant(s).

2:21-cv-01648-RFB-VCF

**ORDER**

    Before me are the amended joint request to continue deadlines for (1) servicing the individual defendants, and (2) responding to the complaint (ECF No. 17) and amended unopposed motion to extend time for service of process by an additional sixty days (ECF No. 18).

    Plaintiff Todd C. Engel and counsel for the United States filed an Amended Joint Request to Continue Deadlines for (1) Serving the Individual Defendants, and (2) Responding to the Complaint.

    Having reviewed and considered the Amended Joint Request, and for good cause shown,

    I ORDER that amended joint request to continue deadlines for (1) servicing the individual defendants, and (2) responding to the complaint (ECF No. 17) and amended unopposed motion to extend time for service of process by an additional sixty days (ECF No. 18) are GRANTED. The deadline for serving the individual defendants is continued February 7, 2022, and the deadline for responding to the Complaint is continued to March 8, 2022.

    I FURTHER ORDER that ECF Nos. 15 and 16 are DENIED as moot.

    DATED this 2nd day of February 2022.

                                                      CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE

1