IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>              Defendants. | Case No. 2:21-cv-01648-RFB-VCF<br><br>[PROPOSED] ORDER GRANTING <u>SECOND AMENDED</u> JOINT REQUEST TO CONTINUE DEADLINES FOR (1) SERVING THE INDIVIDUAL DEFENDANTS, AND (2) RESPONDING TO THE COMPLAINT |

    Plaintiff Todd C. Engel and counsel for the United States filed a <u>Second Amended</u> Joint Request to Continue Deadlines for (1) Serving the Individual Defendants, and (2) Responding to the Complaint. Having reviewed and considered the <u>Second Amended</u> Joint Request, and for good cause shown,

    IT IS HEREBY ORDERED that the <u>Second Amended</u> Joint Request is GRANTED. The deadline for serving the individual defendants is continued to <u>March 11, 2022</u>, and the deadline for responding to the Complaint is continued to 60 days after the Court resolves the Motion to Amend in the action *Joseph O'Shaughnessy, et al. v. United States, et al.*, No. 2:20-cv-00268-WQH-EJY, or as further stipulated by the parties, subject to Court approval, after the resolution of that motion. *See id.* at ECF 67 (Order granting Defendants' Motion to Dismiss First Amended Complaint, and directing Plaintiffs to file a motion for leave to amend within 30 days); *id.* at ECF 68 (Plaintiffs' Motion to Amend).

Dated: 2/16/2022

                                                              HON. CAM FERENBACH
                                                              United States Magistrate Judge