1

2

Marquiz Law Office
Professional Corporation

3    3088 Via Flaminia Court
Henderson, NV 89052
4    Phone: (702) 263-5533
Fax: (702) 263-5532
5    Craig A. Marquiz, Esq.
NV Bar #7437
6    MarquizLaw@cox.net

7    Attorney for Plaintiff

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

| 10 | TODD C. ENGEL, | Case No.:    2:21-CV-01648 |
|---|---|---|
| 11 | Plaintiff, | |
| 12 | v. | **ACCEPTANCE OF SERVICE OF PROCESS ON BEHALF OF DEFENDANT NADIA AHMED** |
| 13 | UNITED STATES OF AMERICA; NADIA AHMED, individually and in her Official Capacity | |

13   UNITED STATES OF AMERICA; NADIA
AHMED, individually and in her Official Capacity
14   as an Assistant United States Attorney for the U.S.
DEPARTMENT OF JUSTICE; STEVEN
15   MYHRE, individually and in his Official Capacity
as an Assistant United States Attorney for the U.S.
16   DEPARTMENT OF JUSTICE; DANIEL
BOGDEN, individually and in his Official
17   Capacity as an Assistant United States Attorney for
the U.S. DEPARTMENT OF JUSTICE; DANIEL
18   P. LOVE, individually and in his Official Capacity
as Special Agent for the U.S. BUREAU OF LAND
19   MANAGEMENT; MARK BRUNK, individually
and in his Official Capacity as an Officer for the
20   U.S. BUREAU OF LAND MANAGEMENT;
RAND STOVER, individually and in his Official
21   Capacity as an Officer for the U.S. BUREAU OF
LAND MANAGEMENT; KENT KLEMAN
22   individually and in his Official Capacity as an
Officer for the U.S. Bureau of Land Management;
23   and JOEL WILLIS, individually and in his Official
Capacity as an Officer and Agent of the U.S.
24   FEDERAL BUREAU OF INVESTIGATION;
DOES 1 through 100; and ROES 1 through 100,
25   inclusive,

26                    Defendants.

27   . . .

28

1      COMES NOW Joseph B. Frueh, Assistant U.S. Attorney for the United States Attorney's

2  Office, Eastern District of California, as counsel for Defendant Nadia Ahmed, and hereby affirms

3  his acceptance of service of process on behalf of said Defendant as though the following

4  documents were properly and validly served upon Nadia Ahmed as of this date.

5      Summons - Nadia Ahmed

6      Complaint

7

8      DATED this 3rd day of March, 2022.

9

10                    UNITED STATES ATTORNEY'S OFFICE

11                    By: _____

12                        Joseph B. Frueh, Esq.
                            Philip Scarborough, Esq.

13                        Assistant U.S. Attorneys
                            Eastern District of California

14                        501 "I" Street, Suite 10-100
                            Sacramento, CA 95814

15                        Attorneys for Defendant Nadia Ahmed

16

17

18

19

20

21

22

23

24

25

26

27

28

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| TODD C. ENGEL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:21-cv-01648-RFB-VCF |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NADIA AHMED                             UNITED STATES OF AMERICA
                                        c/o Brock Heathcotte, Esq.             c/o Civil-Process Clerk
                                        Special Assistant U.S. Attorney        U.S. Attny's Office - Dist. of Nevada
                                        Two Renaissance Square                 501 Las Vegas Blvd. South, Ste. 1100
                                        40 North Central Ave., Ste. 1800       Las Vegas, NV 89101
                                        Phoenix, AZ 85004-4449
                                        (Individual Capacity)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig A. Marquiz, Esq.
Marquiz Law Office, P.C.
3088 Via Flaminia Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  9/8/21

*Signature of Clerk or Deputy Clerk*