**Marquiz Law Office**
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; NADIA AHMED, individually and in her Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; STEVEN MYHRE, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; DANIEL BOGDEN, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; DANIEL P. LOVE, individually and in his Official Capacity as Special Agent for the U.S. BUREAU OF LAND MANAGEMENT; MARK BRUNK, individually and in his Official Capacity as an Officer for the U.S. BUREAU OF LAND MANAGEMENT; RAND STOVER, individually and in his Official Capacity as an Officer for the U.S. BUREAU OF LAND MANAGEMENT; KENT KLEMAN individually and in his Official Capacity as an Officer for the U.S. Bureau of Land Management; and JOEL WILLIS, individually and in his Official Capacity as an Officer and Agent of the U.S. FEDERAL BUREAU OF INVESTIGATION; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>Defendants. | Case No.:   2:21-CV-01648<br><br>**ACCEPTANCE OF SERVICE OF PROCESS ON BEHALF OF DEFENDANT DANIEL BOGDEN** |

. . .

COMES NOW Joseph B. Frueh, Assistant U.S. Attorney for the United States Attorney's Office, Eastern District of California, as counsel for Defendant Daniel Bogden, and hereby affirms his acceptance of service of process on behalf of said Defendant as though the following documents were properly and validly served upon Daniel Bogden as of this date.

Summons - Daniel Bogden

Complaint

DATED this 3rd day of March, 2022.

UNITED STATES ATTORNEY'S OFFICE

By: /s/ Joseph B. Frueh
Joseph B. Frueh, Esq.
Philip Scarborough, Esq.
Assistant U.S. Attorneys
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, CA 95814
Attorneys for Defendant Daniel Bogden

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| TODD C. ENGEL <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, et al. <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-01648-RFB-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DANIEL BOGDEN                         UNITED STATES OF AMERICA
                                      c/o Brock Heathcotte, Esq.            c/o Civil-Process Clerk
                                      Special Assistant U.S. Attorney       U.S. Attny's Office - Dist. of Nevada
                                      Two Renaissance Square                501 Las Vegas Blvd. South, Ste. 1100
                                      40 North Central Ave., Ste. 1800      Las Vegas, NV 89101
                                      Phoenix, AZ 85004-4449
                                      (Individual Capacity)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Craig A. Marquiz, Esq.
    Marquiz Law Office, P.C.
    3088 Via Flaminia Court
    Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/8/21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*