◆
**Marquiz Law Office**
Professional Corporation
◆

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437
MarquizLaw@cox.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD C. ENGEL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; NADIA AHMED, individually and in her Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; STEVEN MYHRE, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; DANIEL BOGDEN, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; DANIEL P. LOVE, individually and in his Official Capacity as Special Agent for the U.S. BUREAU OF LAND MANAGEMENT; MARK BRUNK, individually and in his Official Capacity as an Officer for the U.S. BUREAU OF LAND MANAGEMENT; RAND STOVER, individually and in his Official Capacity as an Officer for the U.S. BUREAU OF LAND MANAGEMENT; KENT KLEMAN individually and in his Official Capacity as an Officer for the U.S. Bureau of Land Management; and JOEL WILLIS, individually and in his Official Capacity as an Officer and Agent of the U.S. FEDERAL BUREAU OF INVESTIGATION; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>Defendants. | Case No.:   2:21-CV-01648<br><br>**ACCEPTANCE OF SERVICE OF PROCESS ON BEHALF OF DEFENDANT STEVEN MYHRE** |

. . .

COMES NOW Joseph B. Frueh, Assistant U.S. Attorney for the United States Attorney's Office, Eastern District of California, as counsel for Defendant Steven Myhre, and hereby affirms his acceptance of service of process on behalf of said Defendant as though the following documents were properly and validly served upon Steven Myhre as of this date.

Summons - Steven Myhre

Complaint

DATED this 3rd day of March, 2022.

UNITED STATES ATTORNEY'S OFFICE

By: /s/ Joseph B. Frueh
Joseph B. Frueh, Esq.
Philip Scarborough, Esq.
Assistant U.S. Attorneys
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, CA 95814
Attorneys for Defendant Steven Myhre

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| TODD C. ENGEL <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, et al. <br><br> *Defendant(s)* | ))))))))))))) | Civil Action No. 2:21-cv-01648-RFB-VCF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEVEN MYHRE                    UNITED STATES OF AMERICA
U.S. Attorney's Office                c/o Civil-Process Clerk
501 Las Vegas Blvd. South, Ste. 1100   U.S. Attny's Office - Dist. of Nevada
Las Vegas, NV 89101                   501 Las Vegas Blvd. South, Ste. 1100
(Individual Capacity)                 Las Vegas, NV 89101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig A. Marquiz, Esq.
Marquiz Law Office, P.C.
3088 Via Flaminia Court
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 9/8/21 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*