**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD C. ENGEL, | Case No.: 2:21-CV-01648-ART-VCF |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO DISMISS WITHOUT PREJUDICE AND FOR PLAINTIFF TO FILE HIS FEDERAL TORT CLAIMS ACT CLAIMS AGAINST THE UNITED STATES OF AMERICA AS A SEPARATE ACTION** |
| UNITED STATES OF AMERICA; NADIA AHMED, individually and in her Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; STEVEN MYHRE, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; DANIEL BOGDEN, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. DEPARTMENT OF JUSTICE; DANIEL P. LOVE, individually and in his Official Capacity as Special Agent for the U.S. BUREAU OF LAND MANAGEMENT; MARK BRUNK, individually and in his Official Capacity as an Officer for the U.S. BUREAU OF LAND MANAGEMENT; RAND STOVER, individually and in his Official Capacity as an Officer for the U.S. BUREAU OF LAND MANAGEMENT; KENT KLEMAN individually and in his Official Capacity as an Officer for the U.S. Bureau of Land Management; and JOEL WILLIS, individually and in his Official Capacity as an Officer and Agent of the U.S. FEDERAL BUREAU OF INVESTIGATION; DOES 1 through 100; and ROES 1 through 100, inclusive, | |
| Defendants. | |

. . .

Pursuant to the District Court's Order in the related case of *O'Shaughnessy, et al. v. United States of America, et al.*, 2:20-cv-00268-WQH-EJY (i.e., ECF No. 72) , the parties hereto, by and through their respective counsel of record, hereby stipulate and agree:  (1) to dismiss the above-referenced action *without prejudice* and for each party to bear his, her or its own attorney's' fees and costs; (2) and for Plaintiff Todd Engel to re-file his Federal Tort Claims Act ("FTCA") claims against Defendant the United States of America as a separate action.

DATED this 25th day of June, 2022.

Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for Plaintiff

Clark Hill

By: /s/ Crane M. Pomerantz
Crane M. Pomerantz, Esq.
3800 Howard Hughes Pkwy., Ste. 500
Las Vegas, NV 89169
Attorney for Defendant Daniel P. Love

United States Attorney's Office

By: /s/ Joseph B. Frueh, Esq.
Joseph B. Frueh, Esq.
Philip Scarborough, Esq.
Assistant U.S. Attorneys
Eastern District of California
501 I Street Ste. 10-100
Sacramento, CA 95814
Attorneys for Defendants United States of America, Nadia Ahmed, Steven Myhre, Daniel Bogden, Mark Brunk, Rand Stover, Kent Kleman & Joel Willis

**ORDER**

IT IS HEREBY ORDERED.

DATED this 28th day of June, 2022.

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE